Rudolph A. Telscher, Jr.* (MO Bar No. 41072)          **JS-6**
rudy.telscher@huschblackwell.com
Brendan R. Zee-Cheng* (MO Bar No. 66997)
Brendan.zee-cheng@huschblackwell.com
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
314-480-1500 Telephone
*Pro Hac Vice

Ben M. Davidson (Bar No. 181464)
ben@dlgla.com
Craig S. Hubble (Bar No. 200789)
craig@dlgla.com
Davidson Law Group, ALC
4500 Park Granada Blvd, Suite 202
Calabasas, California 91302
818-918-4622 Telephone
**Attorneys for Plaintiff**
**ASI Food Safety, LLC,**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASI FOOD SAFETY, LLC.,<br>*Plaintiff*,<br>v.<br><br>HYBCO U.S.A.,<br>*Defendant*.<br>_____<br><br>HYBCO U.S.A.,<br>*Third-Party Plaintiff*,<br>v.<br><br>SAMUEL CONTRERAS,<br>individually and doing business as<br>SC FOOD SAFETY SOLUTIONS,<br>and DOES 1 through 10, inclusive,<br>*Third-party Defendant* | Case No: 2:21-cv-01022-RSWL-Ex<br><br>**ORDER ON JOINT STIPULATED MOTION FOR ENTRY OF JUDGMENT** |

JOINT STIPULATED MOTION FOR
ENTRY OF JUDGMENT                        Case No. 2:21-CV-01022-RSWL-Ex

ASI Food Safety, LLC ("ASI"), Hybco U.S.A., ("Hybco"), Samuel Contreras (Contreras) hereby jointly stipulate and move for entry of judgment, subject to the terms of a confidential "SETTLEMENT AGREEMENT", dated January 25, 2022. Each party shall bear its own costs, expenses, and attorneys' fees. This matter is before the Court on the joint motion of ASI Food Safety, LLC ("ASI"), Samuel Contreras (Contreras) and Hybco U.S.A., ("Hybco").

- WHEREAS ASI is the owner of U.S. Trademark Registration No. 5,401,259 for the mark ASI in connection with "Auditing and inspection of facilities for food safety purposes; Evaluation of facilities to determine conformity with food safety certification standards," which was registered on February 13, 2018 and claims a first date of December 1965; and

- WHEREAS Hybco has used the ASI mark without ASI's consent, in connection with advertising, promotion, and sales, and Contreras denies having used the ASI mark; and

- WHEREAS ASI sued Hybco in this Court for false advertising and trademark infringement and Hybco has filed a Third Party Complaint against Contreras in an action styled ASI Food Safety, LLC v. Hybco U.S.A, No. 2:21-cv-01022-RSWL, pending in the United States District Court for the Central District of California (the "Litigation"); and

- WHEREAS Hybco acknowledges that its use of the ASI mark was not authorized, but Hybco denies that it knew it was using a false certificate.

- WHEREAS ASI, Hybco, and Contreras have reached an agreement to settle the Litigation as set forth in this Consent

Judgment and a separate Settlement Agreement that is contemporaneously and separately being executed; and

• WHEREAS ASI, Hybco, and Contreras request this Consent Judgment be entered in the above-captioned case; and

• WHEREAS ASI, Hybco, and Contreras, each acknowledge this Court has subject matter jurisdiction in this proceeding and, further, consent to personal jurisdiction in the Central District of California for purposes of enforcing the Settlement Agreement in the future.

1. ASI has ownership and standing to sue for infringement of the ASI mark.

2. Hybco has agreed to a judgment of $60,000, which will be award and paid in accordance with the terms of the Settlement Agreement. Hybco acknowledge that its use of the ASI mark was not authorized, but Hybco denies that it knew it was using a false certificate.

3. Contreras has agreed to a judgment of $5,000.00, which will be awarded and paid in accordance with the terms of the Settlement Agreement, but Contreras denies that he used the ASI mark.

4. Defendants Contreras and Hybco, its officers, agents, servants, employees, associates, and other persons who are acting in concert or participated therewith are hereby permanently agree as of the date hereof to refrain from any and all use of the ASI mark, unless it obtains an authorized certificate through ASI.

5.     Other than as specified herein, each party shall bear its own costs and attorneys' fees as they relate to any claims or counterclaims raised in the Litigation.

6.     This Court shall retain jurisdiction over ASI, Contreras, and Hybco for the purpose of enforcing the terms of this Consent Judgment and over any matters related to or arising from the interpretation or enforcement of the Settlement Agreement.

7.     This Consent Judgment constitutes a final adjudication of the issues and claims raised in the Litigation.

**IT IS SO ORDERED, DECREED and ADJUDGED.**

Dated: February 15, 2022                    _/S/ RONALD S.W. LEW_

Honorable Ronald S.W. Lew

1  Date: February 14, 2022

2  Respectfully submitted,

3  By: */s/ Rudolph A. Telscher, Jr.*            By: */s/ Robert M. Ross*

4  Rudolph A. Telscher, Jr.*                    Robert M Ross
   rudy.telscher@huschblackwell.com             Klass Helman and Ross
5  Brendan R. Zee-Cheng*                        16133 Ventura Boulevard Suite 1145
   brendan.zee-cheng@huschblackwell.com         Encino, CA 91436
6  HUSCH BLACKWELL LLP                          818-788-7007 Telephone
   190 Carondelet Plaza, Suite 600              818-990-2399 Fax
7  St. Louis, MO 63105                          rross@khrlaw.com
8  314-480-1500 Telephone
   *Pro Hac Vice                                ***Attorney for Defendant HYBCO***
9                                               ***U.S.A.***

10 Ben M. Davidson (Bar No. 181464)
   ben@dlgla.com                                By: */s/ Alan K. Abrams*
11 Craig S. Hubble (Bar No. 200789)             Alan K. Abrams (SBN 208279)
   craig@dlgla.com                              Abrams & Taheri LLP
12 Davidson Law Group, ALC                      187 5 Century Park East, Suite 2200
   4500 Park Granada Blvd, Suite 202            Century Park, California 90067
13 Calabasas, California 91302                   Telephone: (310) 894-8000
   818-918-4622 Telephone                       Facsimile: (310) 633-8333
14                                               abrams@atrlaw.com

15 ***Attorneys for Plaintiff***
   ***ASI Food Safety, LLC***                   ***Attorney for Defendants Samuel***
16                                              ***Contreras and SC Food Safety***
                                                ***Solutions***
17

18              <u>**CERTIFICATE OF SERVICE**</u>

19       I hereby certify that on this 14th day of February, 2022, I caused the

20 foregoing to be filed electronically with the Clerk of Court and to be served via

21 the Court's Electronic Filing System upon all counsel of record.

22

23                                */s/ Rudolph A. Telscher, Jr.*

24

25

26

27

28
   JOINT STIPULATED MOTION FOR          4          2:21-CV-01022-RSWL-Ex
   ENTRY OF JUDGMENT